Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                  :
                                        :   Bankruptcy No. 08-27996 WTT
SHANE S. SCHUT                          :
                                        :   [Chapter 7]
--ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

XX    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | American Inforsource LP as Agent for T Mobile<br>T-Mobile USA, Inc.<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | $2.09 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: March 1, 2010.

_____
Roger G. Segal, Trustee